## INDUSTRIES, INC. v. THARPE

No. 399 PC

Case below: 47 NC App 754

Petition by defendant Barker for discretionary review under G.S. 7A-31 denied 16 September 1980.

## IN RE CALHOUN

No. 363 PC

Case below: 47 NC App 472

Petition by caveator for discretionary review under G.S. 7A-31 denied 16 September 1980.

## IN RE FORECLOSURE OF BURGESS

No. 94

Case below: 47 NC App 599

Motion of petitioner to dismiss appeal of respondents for lack of substantial constitutional question allowed 15 August 1980.

## IN RE FORECLOSURE OF SUTTON INVESTMENTS

No. 277 PC

Case below: 46 NC App 654

Petition by Sutton Investments for discretionary review under G.S. 7A-31 denied 15 August 1980. Motion of appellee to dismiss appeal for lack of substantial constitutional question allowed 15 August 1980.

## IN RE KAPOOR

No. 389 PC

No. 135 (Fall Term)

Case below: 47 NC App 500

Petition by Trust Company for discretionary review under G.S. 7A-31 allowed 16 September 1980.